**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7152**

———————

JOHN DOUGLAS ALEXANDER,

Plaintiff - Appellant,

versus

WILLIAM E. GUNN,

Defendant - Appellee,

and

HOLMAN C. GOSSETT, JR.; CHARLIE SANDERS, Spar-
tanburg County Public Defender,

Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Margaret B. Seymour, District
Judge.  (CA-96-783-7-24AK)

———————

Submitted:  January 16, 2001          Decided:  February 8, 2001

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Douglas Alexander, Appellant Pro Se.  Teresa A. Knox, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICE, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Douglas Alexander appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>Alexander v. Gunn</u>, No. CA-96-783-7-24AK (D.S.C. July 31, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>